**Exhibit A to the Complaint**

**Location:** New York, NY  
**Total Works Infringed:** 25

**IP Address:** 71.105.203.38  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: FCF2223C2AFD2901C1AC8C9EA95467B555E65E1E<br>File Hash: A9596964DEE36F1C6190EF9A49570A4D435010B85BD899886799BE731C4B6A07 | 09-14-2021 19:20:36 | Vixen | 01-14-2019 | 02-02-2019 | PA0002155387 |
| 2 | Info Hash: E5F878ECB815AFC5A8C5644F643FC592DFB2A5BF<br>File Hash: 4026ACA5892A78F5DB0B79FF224BDF3182D0F5D9C2E44AF49BB49BAF4D5077B7 | 07-13-2021 20:29:25 | Blacked | 07-10-2021 | 08-02-2021 | PA0002305090 |
| 3 | Info Hash: 2F7F33BF3A666ABE2F530743283BCDE814015848<br>File Hash: 2A98BD6222D5067954E6E39B48F5307B88F73327A96596ADE8DC8E3EDD3E8C25 | 07-11-2021 18:28:29 | Blacked | 07-03-2021 | 08-02-2021 | PA0002305091 |
| 4 | Info Hash: 654CFBA775433926717A3E0D58C90196F0413460<br>File Hash: BE957B752D7675E37648F2D81C3040F9E272C6D4588CBDFAB6E52E785DD954C9 | 06-15-2021 10:20:49 | Vixen | 10-16-2020 | 11-18-2020 | PA0002272621 |
| 5 | Info Hash: DB0A6C09AFAD8158D7C66AA690789A4FFF1E420F<br>File Hash: 16C7BFE26C8FD0235DF2F746F947F27F88764464E2AA3A5129A6ADAA2B4B8F67 | 06-15-2021 10:19:24 | Blacked Raw | 12-07-2020 | 12-28-2020 | PA0002269082 |
| 6 | Info Hash: 294DDCEBFD93AA7E18B5CCC90F48DC52718D1B79<br>File Hash: FD6A9D3183365AC95017C622CEEDE7C51872C6FDA57F35D63F6C2ECC7254D62C | 06-08-2021 04:26:33 | Blacked Raw | 06-07-2021 | 06-15-2021 | PA0002296926 |
| 7 | Info Hash: C56D08F5B048AE326CA72B8204A2FF05214F509C<br>File Hash: ED6075D0104705837E074B9130E0A5B08534860A0C552964765CFF3B9E94B2BF | 05-21-2021 16:23:32 | Blacked Raw | 05-03-2021 | 06-15-2021 | PA0002296918 |
| 8 | Info Hash: 58A2718F06BEDF42378F7D683C261C6E717BEED0<br>File Hash: 367DA0B6CB23569E57D6BDECB108ADD0B0002715646EFED1F8246C3D92616F20 | 04-07-2021 06:17:00 | Blacked | 03-20-2021 | 04-14-2021 | PA0002286724 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: CAD2388E786E437EEE834DDA1CD00334D0493455<br>File Hash: 07773246F915A5C952F61A22B1C3EDE55CDD96DEAE60F15D77DD45666429EE3A | 04-07-2021 06:16:21 | Blacked Raw | 04-05-2021 | 04-14-2021 | PA0002286708 |
| 10 | Info Hash: 5167AC74AE2BC1DC8217D9D9F650397D03565CF0<br>File Hash: 86B858693F785B38CD42D483226C479FC8F3EFCE6A2F13AE4D99816128528085 | 04-01-2021 06:55:57 | Tushy | 03-14-2021 | 03-22-2021 | PA0002282514 |
| 11 | Info Hash: A4F82BF3ACF8D31161829022CDFA042724D88246<br>File Hash: 8E9891EFB7628408C6308B20B7935CD16B11A13EE83060B3FB0390A7A3785682 | 02-28-2021 18:43:37 | Blacked | 02-13-2021 | 02-26-2021 | PA0002283713 |
| 12 | Info Hash: AB680670C2B3056DD3F1F0F46DCBC9F41F6495E4<br>File Hash: 3088FB2726C52B5325B89F21E46D62070F10301B2B6CA4ECB5EF86D0CA89F650 | 02-28-2021 18:43:15 | Blacked | 02-27-2021 | 03-08-2021 | PA0002280373 |
| 13 | Info Hash: 5A0E2A0457D6D26BC1E100BA210B65EA8172F7AD<br>File Hash: 87CB6485FCAB6D437E523172F9D7C54E26C9136E5A663B1230FBD0E72FF93756 | 02-23-2021 08:41:13 | Blacked | 02-06-2021 | 03-08-2021 | PA0002280372 |
| 14 | Info Hash: 99D8772F0FAE75981FA9C0CF6C0F57E8D37316CD<br>File Hash: 79FABDC1A95C1FCF2B38F8A95D211B0E6D2BA8280536667E7DE46CA5DBC7F770 | 02-23-2021 08:38:31 | Tushy | 02-21-2021 | 03-08-2021 | PA0002280370 |
| 15 | Info Hash: 50DC2EF036DB5594F25ED3B5455050C78A904DBA<br>File Hash: A7738C94604F818E7322174C1C3CF630607E4F042BCC1D4531FD37085D33EDF1 | 02-06-2021 11:49:25 | Vixen | 02-05-2021 | 02-09-2021 | PA0002276151 |
| 16 | Info Hash: 2BE97DFA49EF767D94E4040239C494349D409C46<br>File Hash: EBECDE01923BC5F8B50C0700F6BD81D8A5DCE5C823A61C812B675ED1D9613424 | 02-01-2021 10:30:16 | Blacked | 01-30-2021 | 02-26-2021 | PA0002283695 |
| 17 | Info Hash: 80494AFA4036C921B131676C3D1A61F5DE378231<br>File Hash: 85424ED7263189BB726B267E8436C95A6813BF8FA9C33CFAB19E35095E7FBBC4 | 01-27-2021 05:23:12 | Blacked | 04-10-2019 | 05-11-2019 | PA0002173883 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: D351628EADEDD6324BC996E625934E8314F4AC8B<br>File Hash: D904AA1F88C7A7CD122A05DBC80230E9C89977550F62C666B36FDF3007340AC2 | 12-28-2020 05:25:59 | Blacked | 10-03-2020 | 10-22-2020 | PA0002261803 |
| 19 | Info Hash: C067DBC227DB94E5FB957E6FAE57B192B8561351<br>File Hash: 3E909592198DE6BF9D3DEB7AE4487C211B65DA13FC563501821AAED16352916D | 12-26-2020 22:41:45 | Blacked | 12-19-2020 | 01-05-2021 | PA0002269959 |
| 20 | Info Hash: 7A55D40C0AC6D4D98039ED938F88F0ECE565C3C2<br>File Hash: 13695C39A914DBC94B480E90A90A2B1226545E984E809BB8E11D7D0E88677BF0 | 12-26-2020 22:39:37 | Blacked Raw | 12-21-2020 | 01-05-2021 | PA0002269958 |
| 21 | Info Hash: 3C0443FF390767BA5B427401087ADB1B626BCE22<br>File Hash: E520AAE48CD901AFC55DC2F91A93F95D694D5474712E3610243878B86B759E13 | 12-26-2020 22:33:24 | Vixen | 12-25-2020 | 02-02-2021 | PA0002280511 |
| 22 | Info Hash: 37843E981F023C4F8A614866482FB097EADB6190<br>File Hash: E3220ED2ACA24FFAB45B969A40C2B53659F98D2F13A0E8C3D2A45D678DE4B327 | 12-13-2020 14:40:38 | Blacked | 10-17-2020 | 11-05-2020 | PA0002263387 |
| 23 | Info Hash: 01A440847097B025DE6EEAB45B97D3C5C922685D<br>File Hash: 2AABAC567A3205D2DC8D2E043F82610BA6E6DDB4C0F0B85FE040D3E250F9ADC3 | 12-13-2020 14:19:20 | Tushy | 11-01-2020 | 11-18-2020 | PA0002272627 |
| 24 | Info Hash: DE2A31DEAF7DE642D1A76E3E43D4505CF47F8C04<br>File Hash: EAEB2C8533BDDF599E638D39F482EC672B1D7373A45661F686ADE3CD7D0B0E82 | 12-13-2020 13:42:07 | Blacked Raw | 11-02-2020 | 11-24-2020 | PA0002265968 |
| 25 | Info Hash: FB6D45F0A6BD5E28A418EF8AC262EC06C6D4A40B<br>File Hash: EE6802769054BFB182B32EB472AE2616FD92D062D9A3A75A2EB5D4BA1B2F0661 | 12-13-2020 13:41:58 | Blacked | 10-31-2020 | 11-24-2020 | PA0002265967 |